IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICTOR PARKER,

    Petitioner,

v.                                                            CASE NO. 4:13-cv-425-MW-GRJ

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

## O R D E R

This matter is before the Court on Doc. 5, Respondent's Motion For Enlargement of Time. Counsel avers that an extension is necessary due to counsel's heavy caseload.

Upon due consideration, it is **ORDERED:**

1. Respondent's Motion for Enlargement of Time, Doc. 5, is **GRANTED**. Respondent shall respond to the Petition on or before **November 6, 2013**.

2. Petitioner shall have until **December 6, 2013**, to file a reply.

**DONE AND ORDERED** this 10th day of October 2013.

                                         *s/ Gary R. Jones*
                                         GARY R. JONES
                                         United States Magistrate Judge